IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LISA BIRGE, on behalf of herself and all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | 8:13CV8 |
| v. | ) ) | |
| BRUMBAUGH & QUANDAHL, P.S., LLO, et al., | ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the Court on plaintiff's motion to extend all due dates and deadlines pending settlement discussions (Filing No. 22). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that plaintiff's motion is granted; the parties shall have until April 18, 2013, to submit their Rule 26 Meeting Report.

DATED this 26th day of March, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court