IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LISA BIRGE, on behalf of herself and all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | 8:13CV8 |
| v. | ) ) | |
| BRUMBAUGH & QUANDAHL, P.S., LLO, et al., | ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the Court on plaintiff's motion to extend all due dates and deadlines for sixty days pending settlement conference (Filing No. 27). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that plaintiff's motion is granted; all deadlines in this action are extended for sixty days. The parties shall file a status report as to the outcome of the settlement conference on or before April 26, 2013.

DATED this 28th day of March, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court