IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LISA BIRGE, on behalf of herself and all others similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>BRUMBAUGH &AMP; QUANDAHL, P.C., LLO, KIRK E. BRUMBAUGH, MARK QUANDAHL, SARA E. MILLER, MIDLAND FUNDING, LLC;<br><br>Defendants. | 8:13CV8<br><br>ORDER |

After conferring with the parties,

IT IS ORDERED:

1) An additional telephone conference is scheduled before the undersigned magistrate judge on July 19, 2013 at 3:00 p.m. to discuss the status of the parties' settlement discussions.

2) Between now and the conference call on July 19, 2013, the parties shall diligently and in good faith attempt to resolve the final issues which have stalled completing the settlement of this case.

3) The court will provide call-in information for the conference call.

July 15, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge