## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LISA BIRGE, on behalf of herself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | 8:13CV8 |
| V. | ) ) | |
| BRUMBAUGH & QUANDAHL, P.C., LLO, KIRK E. BRUMBAUGH, MARK QUANDAHL, SARA E. MILLER, and MIDLAND FUNDING, LLC, | ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

Defendants filed a motion requesting that the Court set this case for hearing before Magistrate Judge Cheryl Zwart in order to assist the parties in finalizing the terms of a settlement agreement reached during an earlier settlement conference presided over by Judge Zwart. (Filing 31.) Plaintiff objected to Defendants' request for a hearing (filing 32), asserting that the parties were capable of finalizing the settlement without court intervention. The parties have now advised the Court that their issues pertaining to settlement have been resolved.

Accordingly,

**IT IS ORDERED** that Defendants' Motion for Hearing (filing 31) is denied as moot.

**DATED July 18, 2013.**

BY THE COURT:

S/ F.A. Gossett
United States Magistrate Judge