IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LISA BIRGE, on behalf of herself and all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | 8:13CV8 |
| v. | ) ) | |
| BRUMBAUGH & QUANDAHL, P.S., LLO, et al., | ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the Court on defendants' motion for extension of time to respond to plaintiffs' motion for an award of costs and attorney fees by defendants Brumbaugh & Quandahl, P.C., LLO, Kirk Brumbaugh, Mark Quandahl and Sara Miller (Filing No. 47). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted; said defendants shall have until January 24, 2014, to respond to plaintiffs' motion for an award of attorney fees.

DATED this 17th day of January, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court