IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LISA BIRGE, on behalf of herself and all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | 8:13CV8 |
| v. | ) ) | |
| BRUMBAUGH & QUANDAHL, P.S., LLO, et al., | ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the Court on defendants' motion for extension of time to respond to plaintiffs' motion for an award of costs and attorney fees by defendants Brumbaugh & Quandahl, P.C., LLO, Kirk Brumbaugh, Mark Quandahl and Sara Miller (Filing No. 49). The Court notes the brief and index have been filed. Accordingly,

IT IS ORDERED that the brief and index are deemed timely filed and the motion for extension of time is denied as moot.

DATED this 28th day of January, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court