IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LISA BIRGE, on behalf of herself and all others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | 8:13CV8 |
| v. | ) ) | |
| BRUMBAUGH & QUANDAHL, P.S., LLO, et al., | ) ) ) | ORDER AND JUDGMENT |
| Defendants. | ) ) | |

Pursuant to the memorandum opinion entered herein this date,

IT IS ORDERED:

1) The plaintiff's motion for attorney fees (Filing No. 45) is granted in part.

2) The plaintiff is awarded fees in the amount of $11,220 for the services of O. Randall Bragg; $7,315.00 for the services of Pamela Car; $8,712.50 for the services of William Reinbrecht; and $62.50 for the services of paralegal Shannon Carter, for a total attorney fee award of $27,310.00.

3) Costs in the amount of $1,405.33 are awarded.

DATED this 20th day of February, 2014.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court